UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

GLORIA CARTAGENA & VICTOR RIVERA,

          Plaintiffs,   NOTICE OF APPEARANCE

    -against-         08 CV 4601 (RJS)

THE CITY OF NEW YORK, POLICE OFFICER
REGINALD WILLIAMS, and JOHN DOE POLICE
OFFICERS 1-3,

          Defendants.

------------------------------------------------------------------------ x

   Enter my appearance as counsel in this case for defendants CITY OF NEW YORK and POLICE OFFICER REGINALD WILLIAMS. I certify that I am admitted to practice in this court.

Dated:  New York, New York
     August 5, 2008

             Respectfully submitted,

             MICHAEL A. CARDOZO
             Corporation Counsel of the City of New York
             *Attorney for Defendants*
             CITY OF NEW YORK and POLICE OFFICER REGINALD WILLIAMS
             100 Church Street, Room 3-162
             New York, New York 10007
             (212) 788-9391
             bmyrvold@law.nyc.gov

             By: /s/ Barry Myrvold
               Assistant Corporation Counsel

TO: Carmen S. Giordano   Via ECF
   Law Office of Carmen S. Giordano
   *Attorneys for Plaintiff*